# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ENRIQUE CASTORENA,**

    **Plaintiff,**　　　　　　　　　　　　　　**CASE NO. 6:17-CV-01211-EFM-GEB**

**vs.**

**CAPITAL ONE BANK (USA), N.A.,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff ENRIQUE CASTORENA and Defendant identified as Capital One Financial Corporation, properly known as Capital One Bank (USA), N.A. ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted the 19 day of January, 2018.

s/ Gary T. Eastman
Gary T. Eastman
Eastman Law Firm
12288 S Mullen Rd.
Olathe, KS 66062
913-908-9113
gary@theeastmanlawfirm.com
ATTORNEY FOR PLAINTIFF

- 2 -

**CERTIFICATE OF SERVICE**

I do hereby certify that on this the 19 day of January, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Darren K. Sharp
Armstrong Teasdale LLP – KC
2345 Grand Blvd, Ste 1500
Kansas City, MO 64108-2617
816-221-0786
Dsharp@armstrongteasdale.com

Kevin W. Prewitt
Armstrong Teasdale LLP – KC
2345 Grand Blvd, Ste 1500
Kansas City, MO 64108-2617
816-472-3146
Kprewitt@armstrongteasdale.com

By: *s/ Alyson Dykes*
Alyson Dykes